FILED

05/12/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0568

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0568

_____

IN THE MATTER OF:

R.K.,                                                          O R D E R

        A Youth in Need of Care.

_____

This Court reviews briefs to ensure compliance with Rules 11 and 12 of the Montana Rules of Appellate Procedure. After reviewing the Appellant's Opening Brief filed on May 12, 2023, this Court has determined that the brief does not comply with Rule 11 and must be supplemented as provided below.

Pursuant to M. R. App. P. 11(6)(b), appellants must attach a cover page that includes: the title of this court; the cause number in this court; the title of the case from the tribunal in which the case originated or from which an appeal is taken, along with the venue of the tribunal and the presiding judge; the names and contact information of respective counsel for the parties, identifying the party each counsel represents; and the title of the document. Appellant L.C.'s opening brief did not contain a cover sheet.

IT IS THEREFORE ORDERED that the referenced brief is rejected.

IT IS FURTHER ORDERED that within ten (10) days of the date of this Order the Appellant L.C. shall electronically file with the Clerk of this Court a revised brief containing the revisions necessary to comply with the specified Rule and that Appellant shall serve copies of the revised brief and appendix on all parties of record;

IT IS FURTHER ORDERED that no changes, additions, or deletions other than those specified in this Order may be made to the brief as originally filed;

IT IS FURTHER ORDERED that the times for any subsequent briefing contained in

M. R. App. P. 13 shall run from the date of filing of the revised brief.

The Clerk is directed to provide a true copy of this Order to the Appellant L.C. and to all parties of record.

Electronically signed by:
Beth Baker
Justice, Montana Supreme Court
May 12 2023